UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
FEB 15 2008

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-40051-01 |
| Plaintiff, | |
| vs. | ORDER REIMPOSING PROBATION AFTER REVOCATION |
| WILLIAM H. WILLROTH, | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Defendant having admitted to violating the conditions of his probation and after considering the arguments of counsel, and the entire file herein, it is hereby

ORDERED that for the reasons stated on the record during the hearing of February 15, 2008, Defendant's probation is reinstated as described in the Judgment in a Criminal Case dated August 31, 2004 (Doc. 59).

Dated at Sioux Falls, South Dakota, this 15 day of February, 2008.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By _Shelly Margulies_____, Deputy

(SEAL)